# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

———————————————

Case No. 6D23-435
Lower Tribunal No. CF20-004635-XX

———————————————

WALTER HEATH,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————

Appeal from the Circuit Court for Polk County.
Michael P. McDaniel, Judge.

February 20, 2024

PER CURIAM.

AFFIRMED.

STARGEL, NARDELLA and WHITE, JJ., concur.


Howard L. "Rex" Dimmig, II, Public Defender, and Keith W. Upson, Special Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and J. Wade Stidham, Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED